IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DONALD K. JOHNSON-BEY,

    Petitioner

v.                      CIVIL NO. 4:CV-15-1549

WARDEN ODDO,         (Judge Brann)

    Respondent

## ORDER

October 7, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Based upon the Court's determination, there is no basis for the issuance of a certificate of appealability.

    BY THE COURT:

    s/ Matthew W. Brann
    Matthew W. Brann
    United States District Judge

1